# UNITED STATES DISTRICT COURT
for the
Southern District of the Indiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:07CR00065-001 |
| Emory Young ) | USM No. 04736-028 |
| | |
| | Pro Se |
| Date of Original Judgment: 06/25/2008 | Defendant's Attorney |
| Date of Previous Reduction: 01/16/2019 | |

**Order on Motion for Sentence Reduction Pursuant to the First Step Act of 2018**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:

☒ DENIED ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: **240 months**       Amended Sentence:
Previous Supervised Release Term Imposed: **10 years**   Amended Supervised Release Term:
Previous Underlying Sentence Imposed:       Amended Underlying Sentence:

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☐ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**

The First Step Act has no impact on Mr. Young's sentence and therefore the Court does not have any legal authority to modify or reduce his sentence at this time.

**IT IS SO ORDERED**.

Order Date: 9/18/2019

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Counsel of record via CM/ECF

Emory S. Young, 04736-028, Federal Correctional Institution, P.O. Box 33, Terre Haute, IN 47808